UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WILMINGTON SAVINGS FUND
SOCIETY, FSB,

    Plaintiff,

v.                                    Case No:  6:13-cv-749-Orl-19TBS

PHL VARIABLE INSURANCE
COMPANY, PHOENIX LIFE
INSURANCE COMPANY and THE
PHOENIX COMPANIES, INC.,

    Defendants.

## ORDER

On May 14, 2013, the Court held a hearing on Defendants' Emergency Motion to Quash Document Subpoena and for Issuance of a Protective Order.  (Doc. 1).  For the reasons stated on the record at the hearing, Defendant's motion is **DENIED**.

**IT IS SO ORDERED.**

**DONE** and **ORDERED** in Orlando, Florida on May 14, 2013.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record